UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| HAROLD E. MCCOY, ) | |
| ) | |
| Plaintiff ) | |
| ) | CAUSE NO. 3:98-CV-501 RM |
| vs. ) | |
| ) | |
| DANNY McBRIDE, *et al.*, ) | |
| ) | |
| Defendants ) | |

OPINION AND ORDER

The clerk inadvertently accepted this filing from Harold E. McCoy, a *pro se* prisoner. Mr. McCoy has repeatedly abused the judicial process and he has been restricted from filing any papers in civil litigation. The court of appeals has ordered that "clerks of all courts within this circuit will return, unfiled, any papers he tenders in civil litigation." McCoy v. Miller, No. 00-1647 (7th Cir. Mar. 27, 2000).

Pursuant to that order, Mr. McCoy's paper (docket # 69) is **STRICKEN** and the clerk is **DIRECTED** to return this paper to him unfiled.

SO ORDERED.

ENTERED: June  6 , 2005

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court